1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB DBA CHRISTIANA TRUST AS TRUSTEE FOR HLSS MORTGAGE MASTER TRUST FOR THE BENEFIT OF THE HOLDERS OF THE SERIES 2014-1 CERTIFICATES ISSUED BY HLSS MORTGAGE MASTER TRUST,<br><br>Plaintiff,<br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-02209-ART-EJY<br><br>**ORDER APPROVING**<br><br>**STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

Plaintiff, Wilmington Savings Fund Society, FSB DBA Christiana Trust as Trustee for HLSS Mortgage Master Trust for the Benefit of the Holders of the Series 2014-1 Certificates Issued by HLSS Mortgage Master Trust ("Plaintiff") and Defendant North American Title Insurance Company ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

    **IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed WITH PREJUDICE, with each party to bear its own fees and costs.

DATED this 4th day of November, 2022.  DATED this 4th day of November, 2022.

WRIGHT, FINLAY & ZAK, LLP  EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

*/s/ Darren T. Brenner, Esq.*  */s/ Scott E. Gizer, Esq.*
Darren T. Brenner, Esq.  Scott E. Gizer, Esq.,
Nevada Bar No. 8386  Nevada Bar No. 12216
7785 W. Sahara Ave., Suite 200  8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89117  Las Vegas, Nevada 89148
*Attorneys for Plaintiff, U.S. Bank National Association, as Plaintiff, Wilmington Savings Fund Society, FSB DBA Christiana Trust as Trustee for HLSS Mortgage Master Trust for the Benefit of the Holders of the Series 2014-1 Certificates Issued by HLSS Mortgage Master Trust*  *Attorneys for Defendant North American Title Insurance Company*

**IT IS SO ORDERED.**

Dated this 9th day of November, 2022.

                                                                                
Anne R. Traum
UNITED STATES DISTRICT COURT JUDGE